Same case below, 343 Fed. Appx. 441.

**No. 09-9191. Winston Stidham, Petitioner v. David Varano, et al.**

559 U.S. 1042, 130 S. Ct. 2074, 176 L. Ed. 2d 424, 2010 U.S. LEXIS 2789.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-9209. William Whitefield, Petitioner v. United States.**

559 U.S. 1042, 130 S. Ct. 2075, 176 L. Ed. 2d 424, 2010 U.S. LEXIS 2859.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-9210. Linda F. Wright, Petitioner v. John E. Potter, Postmaster General.**

559 U.S. 1042, 130 S. Ct. 2075, 176 L. Ed. 2d 424, 2010 U.S. LEXIS 2801,

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 350 Fed. Appx. 898.

**No. 09-9211. Ella B. Vinson, Petitioner v. Ohio.**

559 U.S. 1042, 130 S. Ct. 2075, 176 L. Ed. 2d 424, 2010 U.S. LEXIS 2900.

March 29, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Franklin County, denied.

**No. 09-9213. Juan Carlos Elso, aka J.C. Elso, Petitioner v. United States.**

559 U.S. 1042, 130 S. Ct. 2075, 176 L. Ed. 2d 424, 2010 U.S. LEXIS 2856.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 571 F.3d 1163.

**No. 09-9217. Darnell Branch, Petitioner v. Franklin J. Tennis, Superintendent, State Correctional Institution at Rockview, et al.**

559 U.S. 1042, 130 S. Ct. 2075, 176 L. Ed. 2d 424, 2010 U.S. LEXIS 2770.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-9218. Tony Lamar Burris, Petitioner v. United States.**

559 U.S. 1042, 130 S. Ct. 2075, 176 L. Ed. 2d 424, 2010 U.S. LEXIS 2861.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 354 Fed. Appx. 308.

**No. 09-9219. Edgar B. Branch, Petitioner v. United States.**

559 U.S. 1042, 130 S. Ct. 2076, 176 L. Ed. 2d 424, 2010 U.S. LEXIS 2852.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 352 Fed. Appx. 970.